IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KEION R. FAIR**                                                                    **PLAINTIFF**

**V.**                     **CASE NO. 5:16-CV-332-JM-BD**

**PINE BLUFF SCHOOL DISTRICT**                                    **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation and the objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Fair's complaint (docket entry #2) is DISMISSED without prejudice. All pending motions are DENIED, as moot.

IT IS SO ORDERED this 16th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE